IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LISA VIRGEN,

      Plaintiff,              CIV S-06-0341 FCD KJM PS

   vs.

SALLIE MAE, et al.,

      Defendants.        ORDER

_____/

        Plaintiff is proceeding pro se.  Plaintiff has filed an in forma pauperis affidavit in which she states that she is presently employed and that her gross monthly earnings are $4200.00.

        Based on federal statute, a filing fee of $250.00 is required to commence a civil action in federal district court.  28 U.S.C. § 1914(a).  The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor."  28 U.S.C. § 1915(a).  The amount of plaintiff's earnings shows that plaintiff is able to pay the filing fee and costs.  Thus, plaintiff has made an inadequate showing of indigency.  See Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994). Plaintiff will therefore be granted twenty days in which to submit the appropriate filing fee to the

1

Clerk of the Court. Plaintiff is cautioned that failure to pay the fee will result in a recommendation that the application to proceed in forma pauperis be denied and the instant action be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that, within twenty days from the date of this order, plaintiff shall submit the appropriate filing fee.

DATED: April 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
virgen.den

2