IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LISA VIRGEN,

    Plaintiff,                    CIV S-06-341 FCD KJM PS

    vs.

SALLIE MAE, et al.,

    Defendants.              <u>ORDER</u>

_____/

        The undersigned hereby recuses herself from this action based on 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings that may be appropriate or required. All dates set in the above-entitled action before the undersigned are hereby vacated.

DATED: September 27, 2006.

                                                  UNITED STATES MAGISTRATE JUDGE

006
virgen.rec